UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GPSI, LLC,

    Plaintiff,

v.

                                                                  Case No. 23-cv-10501
                                                                  Hon. Matthew F. Leitman

GPSI LATINOAMERICA S.
DE R.L. DE C.V., *et al.*,

    Defendants.

_____/

## ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 22) AS MOOT

On June 17, 2024, Defendants filed a motion to dismiss Plaintiff GPSI, LLC's Complaint. (*See* Mot., ECF No. 22.)  GPSI, LLC thereafter filed an Amended Complaint (*see* Am. Compl., ECF No. 24), and Defendants filed a new motion to dismiss directed at that pleading (*see* Mot., ECF No. 27).  Accordingly, Defendants' initial motion to dismiss is now moot.  The Court therefore **TERMINATES** that motion (ECF No. 22) as **MOOT**.

    **IT IS SO ORDERED.**

                                                               s/Matthew F. Leitman
                                                               MATTHEW F. LEITMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated:  November 7, 2024

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126