UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GPSI, LLC,

    Plaintiff,

v.

                                  Case No. 23-cv-10501
                                  Hon. Matthew F. Leitman

GPSI LATINOAMERICA S. DE R.L. DE C.V.,

    Defendant.
_____/

## ORDER SETTING PERIOD OF LIMITED JURISDICTIONAL DISCOVERY

Now pending before the Court is Defendants' motion to dismiss Plaintiff GPSI, LLC's Second Amended Complaint for lack of personal jurisdiction. (*See* Mot., ECF No. 38.)  The motion and response (and declarations presented in support of those filings) present competing versions of many of the facts underlying the parties' arguments regarding the Court's personal jurisdiction.  In order to resolve that dispute, the Court concludes that it must hold an evidentiary hearing on Defendants' motion.  Prior to conducting that hearing, the parties shall engage in a limited period of discovery strictly limited to the issue of whether the Court has personal jurisdiction over the Defendants.  That discovery shall not overlap with discovery that has already been conducted in this case.  That period of discovery shall be completed by no later than **November 21, 2025**.  The Court will set an in-

person evidentiary hearing for a day and time after that limited jurisdictional discovery has been completed.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 8, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126