UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GPSI, LLC,

Plaintiff,

v.

Case No. 23-cv-10501
Hon. Matthew F. Leitman

GPSI LATINOAMERICA S. DE R.L. DE C.V.,

Defendant.

_______________________________________/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL (ECF No. 64)**

On October 22, 2026, the Court held a hearing on Plaintiff GPSI, LLC's ("GPSI") Motion to Compel Production of Defendant GPSILA's Current Source Code. (*See* Mot., ECF No. 64.) For the reasons stated on the record at that hearing, Plaintiff's motion is **GRANTED** in part and **DENIED** in part as follows:

- Within fourteen days Defendant GPSI Latinoamerica S. de R.L. de C.V. ("GPSILA") shall produce for counsel for Plaintiff a copy of its current source code.
- Access to the current source code shall be strictly limited to (1) counsel of record for GPSI who have entered an Appearance in this case; and (2) any independent experts retained by counsel of record either as consulting or testifying experts for GPSI.

- Under no circumstances shall the source code or any information about the source code be shared with any owner, employee, or agent of GPSI (other than its counsel of record and experts).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126